IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| RON HAYES, ET AL. § | |
| § | |
| V. § | No.  5:05CV227 |
| § | |
| LAROY THOMAS, INC. § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  Defendant filed objections to the Report and Recommendation.  The Court conducted a *de novo* review of the Magistrate Judge's findings and conclusions.  Defendant's objections are without merit.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Notice to Potential Plaintiffs and Limited Expedited Discovery (Dkt. No 8) is **GRANTED**.  It is further

**ORDERED** that Plaintiffs shall file, within fifteen days from the date of entry of this Order, mutually agreeable notice and consent forms reflecting the terms of the Report and Recommendation.  If the parties cannot agree, Plaintiffs shall file, within fifteen days from the date of entry of this Order, their proposed notice with the Court. Defendant will have fifteen days thereafter in which to object to Plaintiffs' proposed notice, if so warranted.

**SIGNED this 18th day of April, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE